COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

WILLIAM EDGAR DEMPSEY, SR.,                   )

                                                                              )              
No.  08-04-00306-CV

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )                
388th District Court

IRMA DELGADO DEMPSEY,                            )

                                                                              )            
of El Paso County, Texas

Appellee.                           )

                                                                              )               
(TC# 2004CM3064)

                                                                              )

 

 

OPINION  ON 
MOTION  FOR  REHEARING

 

The opinion and
judgment issued on September 15, 2005, is hereby withdrawn.








Pending before the
Court is Appellant=s amended
motion for rehearing of this Court=s
judgment dismissing the appeal for lack of jurisdiction.  In his motion, Appellant asserts that his
appeal of the protective order is not an interlocutory order because the
divorce is now final.  Appellant asserts
that the notice of appeal was prematurely filed and he has attached a certified
copy of the parties= final
divorce decree.  The Court has considered
Appellant=s motion
and concludes the motion should be granted. 
Accordingly, Appellant=s
motion for rehearing is hereby GRANTED. 
Further, Appellant is hereby ORDERED to direct the district clerk to
file a supplement to the clerk=s
record so that the record in this cause establishes that this Court has
jurisdiction to consider the appeal.

 

 

 

October
20, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.